No. 80–515.  YORK v. FEDERAL HOME LOAN BANK BOARD ET AL.  C. A. 4th Cir.  Motions of National Association of State Savings and Loan Supervisors and North Carolina Savings and Loan League for leave to file briefs as *amici curiae* granted.  Certiorari denied.